# HEARING MINUTES AND ORDER

**Cause Number**:  03-4967

**Style**:  Stone Medical Group, LLC, *et al.,* v. Thomas Martino, *et al.,*

**Appearances**:

| **Counsel**: | **Representing**: |
|---|---|
| David Wright  (by telephone) | Plaintiffs |
| Kent Lisenby | Defendants |
| Julie Koenig | Bankruptcy counsel |

**Date**:  April 28, 2005          **Ct. Reporter**:  ERO
**Time**:  11:35 a.m.- 11:53 a.m.   **Interpreter**:

**At the hearing the Court made the following rulings**:

Docket Call held.

Americon International has filed Chapter 7 bankruptcy. This case is STAYED and ADMINISTRATIVELY CLOSED pending ruling by the Bankruptcy Court.

Parties to submit to the Court at status report by **August 5, 2005**, and every three months thereafter.

**The Clerk will file these Minutes and Order and provide copies to the parties.**

**SIGNED** at Houston, Texas this **28th** day of **April, 2005.**

_____
Nancy F. Atlas
United States District Judge